UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-5335-DMG (PDx) | Date | November 22, 2022 |
|---|---|---|---|
| Title | Michael Egan v. Lonza Biologics, et al. | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANTS' MOTION TO DISMISS SHOULD NOT BE GRANTED FOR LACK OF OPPOSITION**

On November 1, 2022, Defendants Lonza Biologics and Jeffrey Rosenbloom filed a motion to dismiss ("MTD") *pro se* Plaintiff Michael Egan's Complaint.[1]   [Doc. # 27.] The MTD seeks dismissal under Rule 12(b)(2) for lack of personal jurisdiction over Jeffrey Rosenbloom, Rule 12(b)(3) for improper venue, and Rule 12(b)(6) for failure to state a claim. MTD at 2.  The matter is currently set for hearing on December 9, 2022.  *See* MTD.  Plaintiff's opposition was due no later than November 18, 2022.  *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing).  No opposition has been filed, and the time to do so has now passed.

The Local Rules permit the Court to deem failure to oppose as consent to the granting of the MTD.  *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R. 7-12).  The evidence attached to the MTD indicates that Egan may have changed mailing address since filing this case.  *See* Decl. of Paige T. Bennett ISO Defs.' MTD ¶ 4, Ex. B at 57 [Doc. # 27-4].[2]  Plaintiff's address on file with the Court is 3639 Midway Dr., Suite B No 137, San Diego, CA 92110.  [Doc. 1-1.]  That is the same address to which Defendants served the MTD.  [Doc. # 29.]  In the attached email correspondence regarding the parties' Local Rule 7-3 compliance, however, Egan lists his address as 25351 Cariz Dr., Valencia, CA 91355.  *Id.*

If Egan has indeed moved to Valencia, CA, he has not complied with his obligations under the Local Rules to notify the Court and opposing parties.  Litigants in this Court are required to notify the Clerk of the Court of any change in their mailing address within five days

---

[1] Egan did not serve his docketed "Complaint for Damages" (First Amended Complaint) on Defendants, so this MTD refers to the Complaint, as served.  MTD at 2 n.1.

[2] All page numbers herein refer to those inserted by the CM/ECF system.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-5335-DMG (PDx) | Date | November 22, 2022 |
| Title | *Michael Egan v. Lonza Biologics, et al.* | Page | 2 of 2 |

of the change.  C.D. Cal. L.R. 83-2.4.  Rule 83-2.4 also requires that the party must file and serve a copy of the notice on all parties.  *Id.*

Still, in the interest of justice, the Court will give Egan a chance to notify the Court and opposing counsel if he has had a change of address and did not receive the MTD.  *See Krupski v. Costa Crociere S. p. A.*, 560 U.S. 538, 550 (2010) (federal courts have a strong preference for resolution of claims on the merits).  Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants' MTD should not be granted for failure to file an opposition.  He shall file his response by no later than **December 5, 2022** and notify the Court and opposing counsel of any change of address.

**IT IS SO ORDERED.**